IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COLBY MACK : CIVIL ACTION

v.

JOYCE ADAMS, et al. : NO. 10-1052

**ORDER**

MICHAEL M. BAYLSON, J.,

AND NOW, this 13th day of September, 2010, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.

FILED
SEP 13 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk